LE GRAND MARVIN, Guardian, etc., Appellant, *v.* WILLIAM
H. H. NEWMAN, Respondent.

LE GRAND MARVIN, Executor, etc., Appellant, *v.* THE SAME,
Respondent.

(Argued May 25, 1874; decided June 9, 1874.)

THESE were appeals from judgments of the General Term
affirming decrees of the surrogate of Erie county settling the
accounts of appellant as testamentary guardian and executor
under the will of William Newman, deceased. The ques-
tions raised were disposed of on the facts in the case.

*Le Grand Marvin,* appellant, in person.

*John C. Strong* for the respondent.

In the first matter FOLGER, J., reads for affirmance.
All concur, except GROVER, J., not sitting.
Judgment affirmed.

In the second, FOLGER, J., reads for modification of decree
by deducting $372 as of date of decree and for affirmance as
modified.
All concur, except GROVER, J., not sitting.
Judgment accordingly.

---

OLIVER H. P. CHAMPLIN, Executor, etc., Appellant, *v.*
THOMAS A. P. CHAMPLIN et al., Respondents.

(Argued May 27, 1874; decided June 9, 1874.)

*A. P. Nichols* for the appellant.

*Spencer Clinton* for the respondents.

Agree to affirm. No opinion.
All concur.
Judgment affirmed.